Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
Greenspoon Marder LLP
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
phillip.silvestri@gmlaw.com
*Attorneys for NAV-LVH, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HERBERT A. BRADLEY, an individual;<br><br>Plaintiff,<br><br>v.<br><br>NAV-LVH, LLC, a Nevada Limited Liability Company, DOES I-X, and ROE Business Entities I-X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01992-APG-NJK<br><br>**STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION SESSION (FIRST REQUEST)** |

Defendant NAV-LVH, LLC d/b/a/ Westgate Las Vegas Resort & Casino ("Westgate"), and Plaintiff Herbert A. Bradley ("Plaintiff" and with Westgate, the "Parties"), by and through their respective counsel of record, pursuant to Local Rule 6-1, hereby stipulated and agree as follows:

1. The Parties were served with the Court's Order Scheduling Early Neutral Evaluation Session ("ENE") (ECF 9) on November 9, 2020, setting the ENE for January 4, 2021.

2. Due to an unexpected weather-related delay, Westgate's client representative for the ENE is currently unable to travel, and is not expected to be able to return to the Las Vegas area in time for the ENE.

3. On that basis Defendant requested, and Plaintiff agreed, to continue the ENE to January 11, 2021 10:00am.

///

///

///

45685100v1

4. The parties further stipulate that this stipulation is not for purposes of delay, but rather to allow Defendant's client representative to safely return to the Las Vegas area in time to prepare for the ENE, in an effort to conduct as productive an ENE session as possible.

**STIPULATED AND AGREED this 30th day of December, 2020:**

| | |
|---|---|
| GREENSPOON MARDER LLP | Kemp & Kemp Attorneys at Law |
| */s/ Phillip A. Silvestri, Esq.* | */s/ James P. Kemp, Esq.* |
| PHILLIP A. SILVESTRI, ESQ. | James P. Kemp, Esq. . |
| Nevada Bar No. 11276 | Nevada Bar No. 6375 |
| 3993 Howard Hughes Parkway, Suite 400 | 7435 W. Azure Dr., Ste. 110 |
| Las Vegas, NV 89169 | Las Vegas, NV 89130 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

IT IS SO ORDERED

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISGTRATE JUDGE

DATED: December 30, 2020

45685100v1