UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERBERT A. BRADLEY,<br>　　Plaintiff,<br>v.<br>NAV-LVH, LLC,<br>　　Defendant. | Case No. 2:20-cv-01992-APG-NJK<br>**ORDER**<br>[Docket No. 18] |

　　On March 23, 2021, Defendant filed a notice of service of its answers and objections to Plaintiff's first set of interrogatories. Docket No. 18. Discovery-related documents must be served on opposing counsel, not filed on the docket unless ordered by the Court. *See* Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. *See* Docket. Accordingly, the Court **STRIKES** the above-referenced document, and **INSTRUCTS** Defendant to refrain from filing discovery documents on the docket in the future absent a Court order that it do so.

　　IT IS SO ORDERED.

　　Dated: March 24, 2021

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge